IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| WICKMAN CHEMICAL, L.C., <br><br> Plaintiff, <br><br> v. <br><br> SYNGENTA CROP PROTECTION, LLC, <br><br> Defendant. | Case Number: 1-18-cv-15-SMR-SBJ <br><br><br> **AMENDED COMPLAINT** |

COMES NOW the Plaintiff, Wickman Chemical, L.C., and for its cause of action against the Defendant, Syngenta Crop Protection, LLC, states as follows:

## COUNT I
## (BREACH OF CONTRACT)

1. The Plaintiff, Wickman Chemical, L.C., is an Iowa corporation with its principal place of business in Atlantic, Cass County, Iowa.

2. The Defendant, Syngenta Crop Protection, LLC, is a Delaware limited liability company with it principal place of business in Greensboro, North Carolina.

3. The Plaintiff, Wickman Chemical, L.C., at all times material hereto, was a full service agricultural retailer for farm inputs doing business in the State of Iowa.

4. In June, 2015, the Plaintiff, Wickman Chemical, L.C., entered into an oral agreement with the Defendant, Syngenta Crop Protection, LLC, wherein the Defendant, Syngenta Crop Protection, LLC, offered the Plaintiff, Wickman Chemical, L.C., certain monetary incentives if the Plaintiff purchased certain product from the Defendant, said monetary incentives to be paid by the Defendant to the Plaintiff no later than December, 2016.

5. Pursuant to the agreement reached between the parties, Plaintiff purchased from the Defendant in 2015-2016:

- 3,226 gallons of Halex wherein Plaintiff was to receive a 14% rebate of the total cost of the product purchased at $170,848.96 resulting in a program rebate of $23,918.85;
- 550 gallons of Halex GT pkg. wherein Plaintiff was to receive a 10% rebate of the total cost of the product purchased at $30,393.00 resulting in a rebate of $3,039.30; and
- 480 gallons of Quilt XCEL wherein Plaintiff was to receive a 12% rebate of the total cost of the product purchased at $86,400.00 and an additional $25.00 per gallon rebate resulting in a rebate of $22,368.00.

6. Defendant, Syngenta Crop Protection, LLC, has failed to perform pursuant to an oral agreement with the Plaintiff, Wickman Chemical, L.C., and owes the Plaintiff rebate payments totaling $49,326.15.

7. Plaintiff has made demand upon the Defendant, Syngenta Crop Protection, LLC, for payment of said rebate payments owing to the Plaintiff and Defendant has refused to pay Plaintiff said rebate payments which are due and owing.

WHEREFORE, Plaintiff, Wickman Chemical, L.C., demands judgment against the Defendant, Syngenta Crop Protection, LLC, in the amount of $49,326.15 together with interest as provided by law and the costs of this action.

## COUNT II
### (BREACH OF CONTRACT)

8. Plaintiff realleges paragraphs 1, 2, 3 and 4 of Count I as if fully set forth herein.

9. The Plaintiff and Defendant entered into a 2016 Retail Marketing Investment Agreement wherein the Defendant agreed to pay an additional incentive payment to Plaintiff for

the purchase of chemicals by the Plaintiff from the Defendant in 2016. The total amount of the incentive payments owing from the Defendant to the Plaintiff is $100,230.50.

10. Defendant, Syngenta Crop Protection, LLC, has failed to perform pursuant to its agreement with the Plaintiff, Wickman Chemical, L.C., and owes the Plaintiff incentive payments totaling $100,230.50.

11. Plaintiff has made demand upon the Defendant, Syngenta Crop Protection, LLC, for payment of said incentive payments owing to the Plaintiff and Defendant has refused to pay Plaintiff said incentive payments which are due and owing.

WHEREFORE, Plaintiff, Wickman Chemical, L.C., demands judgment against the Defendant, Syngenta Crop Protection, LLC, in the amount of $100,230.50 together with interest as provided by law and the costs of this action.

JOHNSON, KRAMER, MULHOLLAND,
COCHRANE & COCHRANE, P.L.C.

By: _____
Neven J. Mulholland (AT0005599)
809 Central Avenue, Suite 600
Fort Dodge, IA 50501
Telephone:  (515) 573-2181
Facsimile:  (515) 573-2548
Neven.Mulholland@JohnsonLawIA.com
ATTORNEYS FOR PLAINTIFF

Original Filed.

Copy to:

Scott L. Halbur
Faegre Baker Daniels LLP
801 Grand Avenue, 33rd Floor
Des Moines, IA 50309
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein in their respective addresses disclosed on the pleadings on _April 23_, 2018.

By:  ☐ U.S. Mail           ☐ FAX
     ☐ Hand Delivered      ☐ Overnight Courier
     ☐ Federal Express     ☒ Other: Electronic Filing

Signature: /s/ Neven J. Mulholland

3